**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RHONDA BUGGS**                                                     **PLAINTIFF**

**V.**                             **NO. 3:20CV00192-GHD-JMV**

**ANDREW M. SAUL**
*Commissioner of Social Security*                                   **DEFENDANT**

**ORDER**

Before the Court is the application of Rhonda Buggs for leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) without prepayment of costs or giving security therefor [2]. The Court, having reviewed the application, finds Ms. Buggs's application meets the financial requirements for *in forma pauperis* status. Nevertheless, the declaration that the information in the application is true under penalty of perjury is accompanied by Plaintiff's purported electronic signature, not her original signature.[1] There is no provision in this Court's local rules or Administrative Procedures for Electronic Case Filing that allows non-attorneys to use electronic signatures. Accordingly, it is

**ORDERED:**

1. That Plaintiff's application to proceed *in forma pauperis* is conditionally **GRANTED**, and Plaintiff is granted leave to proceed in this cause without prepayment of fees or costs or giving security therefor on the condition that she refiles her application with her original signature within twenty-one (21) days of the date of this order.

2. That upon the filing of an application that is substantially in the form of Docket Entry

---

[1] All actions sought to be filed pursuant to 28 U.S.C. § 1915 must be accompanied by an affidavit signed by the applicant under penalty of perjury that includes a statement of all assets which shows inability to pay initial fees or give security. *See* 28 U.S.C. § 1915(a)(1).

#2 and contains Plaintiff's original signature, without further order, the Clerk shall issue process for the defendant named in the complaint, and the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

    3.   That should Plaintiff fail to timely comply with this order, her *in forma pauperis* motion may be denied.

    **THIS,** the 1ˢᵗ day of July, 2020.

                         **/s/ Jane M. Virden**
                         **U. S. MAGISTRATE JUDGE**