**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RHONDA BUGGS**                                                           **PLAINTIFF**

**NO. 3:20-CV-00192-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                       **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Memorandum Opinion entered today, there was no reversible error, and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 17th day of August, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE